UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN NEWMARK,

    Plaintiff,

v.                                                       Case No:   2:15-cv-263-FtM-29CM

KEVIN RAMBOSK,

    Defendant.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Seal Pages 1 and 12 of Exhibit 6 of Document 45 (Doc. 48), filed on July 1, 2016.  Plaintiff requests that the Court enter an order sealing pages 1 and 12 of Exhibit 6 of Plaintiff's Motion for Partial Summary Judgment.  Doc. 48 at 1.  These documents are located at Doc. 45-6 at 1 and 12.  Plaintiff states that he inadvertently filed the unredacted exhibit which contains personally identifying information.  *Id.*  The pages include an EEOC intake questionnaire and charge of discrimination that lists Plaintiff's date of birth.  *Id.* at 2.  Plaintiff has filed an amended and redacted version of Exhibit 6.  *Id.* at 1.  Plaintiff has conferred with Defendant who has no opposition to the requested relief.

    Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal;

(v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Seal Pages 1 and 12 of Exhibit 6 of Document 45 (Doc. 48) is **GRANTED**.

2. The Clerk is directed to seal Doc. 45-6 at 1 and 12.

**DONE** and **ORDERED** in Fort Myers, Florida on this 5th day of July, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record