UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BENJAMIN NEWMARK,

    Plaintiff,

v.                                          Case No: 2:15-cv-263-FtM-29CM

KEVIN RAMBOSK,

    Defendant.

## ORDER

Before the Court are Plaintiff's Motion for Leave to Submit a Reply Brief in Response to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment ("Motion to Reply," Doc. 56) and Defendant's Unopposed Motion to Seal Document 57-1 ("Motion to Seal," Doc. 59). Defendant responded in opposition to Plaintiff's Motion for Reply. Doc. 57. For the reasons set forth below, the motions are granted.

Plaintiff seeks leave to file a reply to Defendant's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. 55). Doc. 56 at 1. Plaintiff states that he seeks to clarify the record by rebutting the facts Defendant relies upon regarding conditions precedent. *Id.* Defendant states that Plaintiff's motion for summary judgment Plaintiff already set forth his contentions with regard to this issue, and Plaintiff now seeks a "second bite of the same apple." Doc. 57 at 4.

"The purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for*

*Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). "While parties may ask for leave to file a reply, they must show good cause." *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013). Additionally, "[t]he district court ha[s] no obligation to consider an argument raised for the first time in the reply brief." *Tafel v. Lion Antique Investments & Consulting Services*, 459 Fed. App'x 847, 847 (11th Cir. 2012).

Upon due consideration, the Court finds that a brief reply would benefit its review of Plaintiff's Partial Motion for Summary Judgment (Doc. 45), and Plaintiff has shown good cause for its filing. Plaintiff shall have up to and including **August 9, 2016** to file a reply of no more than five (5) pages.

Also before the Court is Defendant's Motion to Seal. Doc. 59. Defendant states Exhibit 1 to its response in opposition to Plaintiff's Motion to Reply was inadvertently filed in its un-redacted form. *Id.* at 1. Defendant that that the exhibit contains personally identifying information. *Id.* Defendant has filed an amended and redacted version of the exhibit. *Id.* (citing Doc. 58). Plaintiff has no objection to the requested relief. *Id.* Thus, Defendant requests that the Court seal Doc. 57-1. *Id.*

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the

reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal.  The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Motion for Leave to Submit a Reply Brief in Response to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment (Doc. 56) is **GRANTED**.  Plaintiff shall have up to and including **August 9, 2016** to file a reply of no more than five (5) pages.

2. Defendant's Unopposed Motion to Seal Document 57-1 (Doc. 59) is **GRANTED.** The Clerk is directed to seal Doc. 57-1.

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of August, 2016.

*[Signature]*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record